## Commonwealth *v.* Crane, Appellant.

Before BAR-BIERI, J.

Submitted March 17, 1969. *Charles F. G. Smith,* for appellant; *James D. Crawford,* Assistant District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth, Appellant, *v.* Dabbs.

Before GROSHENS, P. J.

Argued March 17, 1969. *Parker H. Wilson,* First Assistant District Attorney, with him *Richard A. Devlin* and *Paul W. Tressler,* Assistant District Attorneys, and *Milton O. Moss,* District Attorney, for Commonwealth, appellant; *Harry L. Green, Jr.,* Assistant Public Defender, for appellee.

Order affirmed.

SPAULDING, J., absent.